Chief District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE DOE, *et al.*,<br><br>                     Plaintiffs,<br><br>           v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>                     Defendants. | CASE NO. 2:21-cv-1274-RSM<br><br>JOINT STIPULATION AND EXTENDING DEADLINE<br><br>Noted for consideration on:<br>November 29, 2021 |

Plaintiffs brings this litigation pursuant to the Mandamus Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") and the Department of State ("DOS") to complete consular processing and issue travel documents for Plaintiff Beneficiaries of Plaintiff Jane Doe, who have approved I-730 petitions.  Dkt. No. 1.  Defendants' response to the Complaint is currently due on or before December 3, 2021.  The Parties respectfully request a 90-day extension of the deadline to allow for possible resolution of the litigation without further litigation.

The cases are currently at the National Visa Center awaiting the scheduling of consular interviews at the U.S. Embassy in Kinshasa, Democratic Republic of Congo.  This process has been delayed due to COVID-19-related operational restrictions and resulting backlogs of cases

JOINT STIPULATION
CASE NO. 2:21-cv-1274-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

since DOS suspended routine visa services worldwide on March 20, 2020. https://travel.state.gov/content/travel/en/News/visas-news/suspension-of-routine-visa-services.html.  Plaintiff reports that Plaintiff Beneficiaries have recently been contacted about scheduling their interviews.

To allow Defendants time to schedule the interviews abroad, the Parties, through their counsel, jointly request that the Court extend the deadline for Defendants to respond to the Complaint until March 3, 2022.  The parties agree that this is an acceptable timeframe and recognize the possibility that this process may moot Plaintiffs' claims in their entirety.

DATED this 29th day of November 2021.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402
Phone:  253-428-3824
Fax:  253-428-3826
Email:  michelle.lambert@usdoj.gov
*Counsel for Defendants*

*s/ Minda A. Thorward*
MINDA A. THORWARD, WSBA #47594
Thorward Immigration Law, PLLC
5600 C Ranier Ave. S, Ste 208
Seattle, WA 98118
Phone:  206-607-7976
Fax:  206-580-4860
Email:  thorwardlaw@gmail.com
*Counsel for Plaintiffs*

JOINT STIPULATION
CASE NO. 2:21-cv-1274-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

The Parties having so stipulated and agreed, the Court hereby ORDERS that Defendants' deadline to respond to the Complaint is extended to March 3, 2022.

DATED this 30th day of November, 2021.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

JOINT STIPULATION
CASE NO. 2:21-cv-1274-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970