Chief District Judge Ricardo S. Martinez

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JANE DOE, *et al.*,

                    Plaintiffs,

        v.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, *et al.*,

                  Defendants.

CASE NO. 2:21-cv-1274-RSM

STIPULATED MOTION TO
DISMISS AND ORDER

Noted for consideration on:
February 23, 2022

       Plaintiffs brought this litigation pursuant to the Mandamus Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") and the Department of State ("DOS") to complete consular processing and issue travel documents for Plaintiff Beneficiaries of Plaintiff Jane Doe, who have approved I-730 petitions.  Dkt. No. 1.  The parties agree that this litigation is now moot.

       Accordingly, the parties, through their undersigned counsel and respective attorneys of record, stipulate to dismissal without prejudice, with each party to bear their own fees or costs.

//

//

//

STIPULATED MOTION AND ORDER
CASE NO. 2:21-cv-1274-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

2       DATED this 23rd day of February 2022.

3                                       Respectfully submitted,

4                                       NICHOLAS W. BROWN

5                                       United States Attorney

6                                       *s/ Michelle R. Lambert*
                                        MICHELLE R. LAMBERT, NYS #4666657
7                                       Assistant United States Attorney
                                        United States Attorney's Office
8                                       1201 Pacific Avenue, Suite 700
                                        Tacoma, WA 98402
9                                       Phone: 253-428-3824
                                        Fax: 253-428-3826
10                                      Email: michelle.lambert@usdoj.gov
                                        *Counsel for Defendants*
11

12                                      *s/ Minda A. Thorward*
                                        MINDA A. THORWARD, WSBA #47594
13                                      Thorward Immigration Law, PLLC
                                        5600 C Ranier Ave. S, Ste 208
14                                      Seattle, WA 98118
                                        Phone: 206-607-7976
15                                      Fax: 206-580-4860
                                        Email: thorwardlaw@gmail.com
16                                      *Counsel for Plaintiffs*

17

18

19

20

21

22

23

24

25

26

**ORDER**

It is so **ORDERED**.  The case is dismissed without prejudice.


DATED this 7th day of March, 2022.




RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER
CASE NO. 2:21-cv-1274-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970